| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____    Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Favor of God Ministries, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **51-0625494** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1860 W. 58th St.** **Tulsa, OK 74107** Number, Street, City, State & ZIP Code | **c/o Austin Wilkerson** **11340 Tarrance Road** **Louisville, KY 40299** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Tulsa** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **none** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor      **Favor of God Ministries, Inc.**                                    Case number (*if known*) _____
     Name

**7.**    **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **3110**

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Favor of God Ministries, Inc.**                                             Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

 ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Favor of God Ministries, Inc.**                                    Case number (*if known*) _____
        Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2017**
               MM / DD / YYYY

**X** **/s/ Joseph Horevay**                                    **Joseph Horevay**
Signature of authorized representative of debtor               Printed name

Title    **Sole Director**

**18. Signature of attorney**

**X** **/s/ Ron D. Brown OBA**                            Date  **December 17, 2017**
Signature of attorney for debtor                               MM / DD / YYYY

**Ron D. Brown OBA 16352**
Printed name

**Brown Law Firm PC**
Firm name

**715 S. Elgin Ave.**
**Tulsa, OK 74120**
Number, Street, City, State & ZIP Code

Contact phone   **918-585-9500**     Email address   **ron@ronbrownlaw.com**

**16352**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Favor of God Ministries, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2017**   X **/s/ Joseph Horevay**
Signature of individual signing on behalf of debtor

**Joseph Horevay**
Printed name

**Sole Director**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Favor of God Ministries, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................    $    **7.17**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................    $    **7.17**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **85,000.00**

4.    **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b    $    **85,000.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Favor of God Ministries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Business Checking Account- balance as of July 31, 2017** | Checking | 5335 | $6.23 |
| 3.2. | **Bank of America Checking- account balance as of June 30, 2017** | Checking | 2656 | $0.94 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $7.17 |
|---|

## Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

## Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.
   ☐ Yes Fill in the information below.

## Part 4:     Investments

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Favor of God Ministries, Inc.**                                    Case number *(If known)* _____
          Name

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor   **Favor of God Ministries, Inc.**                              Case number *(If known)* _____
         Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7.17 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Favor of God Ministries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Favor of God Ministries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **$85,000.00** |
| | **Hawk Island Leasing, LLC** As of the petition filing date, the claim is: *Check all that apply.* | |

As of the petition filing date, the claim is: *Check all that apply.*

**Hawk Island Leasing, LLC**
**c/o Norton, Hammersley, Lopez & Skokos**
**1819 Main Street, Suite 610**
**Sarasota, FL 34236**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Amended Complaint filed 7/7/2017**

Last 4 digits of account number _

Basis for the claim:  **Business Expense-**
**Twelfth Judicial Circuit Sarasota County, Florida**
**Case No. 2017-CA-003386 NC**
**Debt is not disputed as to debtor; but allegations of fraudulent transfer and claims against codebtors are disputed**

Is the claim subject to offset? ■ No  ☐ Yes

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 85,000.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 85,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    41068                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Favor of God Ministries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Favor of God Ministries, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Carole Ward** | **1767 Lakewood Ranch Boulevard Number 223**<br>**Bradenton, FL 34211** | **Hawk Island Leasing, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Daryl Anderson** | **3580 West 54th Street**<br>**Cleveland, OH 44102** | **Hawk Island Leasing, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.3 | **Favour Africa, Inc.** | **1767 Lakewood Ranch Blvd 223**<br>**Bradenton, FL 34211-4906** | **Hawk Island Leasing, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.4 | **Joseph Horevay** | **1969 East 123rd St Unit 4**<br>**Cleveland, OH 44106** | **Hawk Island Leasing, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.5 | **Tossie Wiley, Jr.** | **231 Crescent Ridge Drive**<br>**Independence, OH 44131** | **Hawk Island Leasing, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Favor of God Ministries, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>■ Other  **Donations** | **$166,222.76** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>■ Other  **Donations** | **Unknown** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>■ Other  **Donations** | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Favor of God Ministries, Inc.** | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **FAVOUR OF GOD MINISTRIES (NGO in Gulu District, Uganda) 1767 Lakewood Ranch Blvd 223 Bradenton, FL 34211-4906** | **various** | **Unknown** | **Debtor transferred property to this entity.  Debtor does not believe this entity to be an "insider" according to 11 USC 101(31) but makes this entry in the spirit of full disclosure.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Hawk Island Leasing, LLC a Florida Limited Liability Company, Doing Business as Three20 Enterprises, Plaintiff v. Favor of God Ministries, Inc. and Oklahoma Not-for-profit Corporation; Favour Africa, Inc. a Florida Not-for-profit Corporation; Carole Ward; Daryl Anderson; Joseph Horevay; and Tossie Wiley, Jr.**<br>**Case No. 2017-CA-003386 NC** | **Civil Debt** | **Twelfth Judicial Circuit Sarasota County 2000 Main St Sarasota, FL 34237** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Duane Joseph Horevay, Plaintiff  v. Favor of God Ministries, Inc., Defendant**<br>**CV 2017-1205** | **Request to Appoint Trustee** | **Tusla County District Court 500 S. Denver Ave. Tulsa, OK 74103** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Debtor    **Favor of God Ministries, Inc.**                                    Case number *(if known)*

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **FAVOUR OF GOD MINISTRIES (NGO in Gulu District, Uganda) 1767 Lakewood Ranch Blvd 223 Bradenton, FL 34211-4906** | **purpose of ministry was to send most all income to FAVOUR OF GOD MINISTRIES. for ministry needs in Uganda** | **2015-2017** | **Unknown** |
| **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Joseph Horevay 1969 East 123rd St Unit 4 Cleveland, OH 44106** | **Mr. Horevay also paid the $335 filing fee** | **December 2017** | **$3,165.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor? Joseph Horevay** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor   **Favor of God Ministries, Inc.**                        Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 . **FAVOUR OF GOD MINISTRIES (NGO in Gulu District, Uganda) 1767 Lakewood Ranch Blvd 223 Bradenton, FL 34211-4906** | **See Exhibit A to Asset Sales Agreement, attached** | **8/1/2017** | **$5,000.00** |
| **Relationship to debtor none** | | | |

**Part 7:**   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor   **Favor of God Ministries, Inc.**                 Case number *(if known)*

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **XXXX-5335** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Fall 2017**<br>**(It is believed the account was closed, but it is possible is still open.  Exact date of closure unknown.)** | **Unknown** |
| 18.2. | **Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | **XXXX-2656** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Fall 2017**<br>**(It is believed the account was closed, but it is possible is still open.  Exact date of closure unknown.)** | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Favor of God Ministries, Inc.** _____   Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |

Debtor   **Favor of God Ministries, Inc.**                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Nina Henry**<br>**address unknown** | **volunteer bookkeeper until recent** |
| 26a.2.   **Teri Hoppel**<br>**address unknown** | **various** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Joseph Horevay**<br>**1969 East 123rd St Unit 4**<br>**Cleveland, OH 44106** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **No Shareholders** | | **Not for Profit Oklahoma Corporation- No authority to issue shares** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph Horevay** | **1969 East 123rd St Unit 4 Cleveland, OH 44106** | **Sole Director** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor      **Favor of God Ministries, Inc.**                          Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Carole Ward | 1767 Lakewood Ranch Boulevard Number 223 Bradenton, FL 34211 | Former director | Resigned 7/17/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Daryl Anderson | 3580 West 54th Street Cleveland, OH 44102 | Former Director | Resigned 7/17/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tossie Wiley, Jr. | 231 Crescent Ridge Drive Independence, OH 44131 | Former Director | Resigned 7/17/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Don Bafia | shareholder of Hawk Island Leasing, LLC c/o Norton, Hammersley, Lopez & Skokos 1819 Main Street, Suite 610 Sarasota, FL 34236 | Former Director | position ended 8/2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Favor of God Ministries, Inc.**                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2017**

**/s/ Joseph Horevay**                               **Joseph Horevay**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Sole Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# Favor of God Ministries, Inc.

# Asset Sales Agreement

**Parties:**

Favor of God Ministries, Inc. ("FOG US")
Tulsa, Oklahoma

Favour of God Ministries ("FOG Uganda")
Gulu, Uganda

## Background

FOG US has filed Articles of Dissolution, effective June 27, 2017.

FOG US was a US ministry collaborator of FOG Uganda until the dissolution.

FOG US recognizes FOG Uganda was using the marks "Favor of God" and "Favor of God Ministries" (using favor and favour interchangeably) before FOG US was incorporated. FOG US recognizes FOG US was using those marks with the permission of FOG Uganda as FOG Uganda's licensee. Consequently, FOG Uganda has a superior right to the use of any intellectual property related to "Favor of God" and "Favor of God Ministries," including the website name favorofgod.org and social media profiles that use those marks or derivatives of those marks.

To ensure an arm's-length transaction, the Parties have used objective valuation comparisons as listed on Exhibit A ("FOG US Assets") to determine fair-market value. However, as with any valuation, fair-market value is a range, so these valuations are a reference and should be considered collectively. Additionally, FOG Uganda's release of claims against FOG US serves as additional consideration.

Doc ID: a9a0521a6fc3baa1cdcb749daef06b2b92681557

## Obligations of FOG US

FOG US agrees to:

A.    Transfer the assets listed on Exhibit A to FOG Uganda; and

B.    Cease and desist from using "Favor of God," "Favor of God Ministries," and related terms except to wind up the business of FOG US.

C.    To release FOG Uganda, it's Officers, Directors, employees, and agents from all claims including, without limitation, any claims for copyright or trademark violations.

## Obligations of FOG Uganda

FOG Uganda agrees to:

A.    Pay FOG US $5,000 (USD) on or before August 31, 2017 in exchange for the assets listed on Exhibit A ("FOG US Assets").

B.    To release FOG US, it's Officers, Directors, employees, and agents from all claims including, without limitation, any claims for copyright or trademark violations.

## Entire Agreement

This Agreement represents the entire agreement between the Parties and supersedes all other agreements or representations, whether oral or written.

## Modification of Agreement

This Agreement may not be altered, modified, or amended except in writing properly executed by all Parties.

Doc ID: a9a0521a6fc3baa1cdcb749daef06b2b92681557

## Commencement and Duration of Agreement

This Agreement will become effective on the latest date of execution by the Parties below and will continue in effect until all obligations contemplated are completed.

## Interpretation

The language used in this Agreement is chosen jointly by the Parties to express their mutual intent, and no rule of construction will be applied against either Party, including any rule of draftsmanship.

## Severability

If any provision of this Agreement is determined to be invalid, illegal, or unenforceable, the remaining provisions of this Agreement remain in full force and effect.

## Effect of Waiver

The Parties agree that a waiver by either Party of a breach of this Agreement does not constitute a waiver of any prior or subsequent breach.

## Governing Law and Venue

The laws of the State of Texas, without regard to conflicts of law provisions, govern all matters arising out of or relating to this Agreement. The Parties agree that any claim or dispute they may have against each other must be resolved by a court of appropriate jurisdiction located in Harris County, Texas, except as may otherwise be agreed by the Parties. The Parties agree to submit to the personal jurisdiction of the courts located within Harris County, Texas for the purpose of litigating all such claims or disputes.

Doc ID: a9a0521a6fc3baa1cdcb749daef06b2b92681557

## Mediation

The Parties agree to attempt to resolve any dispute, claim, or controversy arising out of or relating to this Agreement by mediation. The Parties agree that their respective good faith participation in mediation is a condition precedent to pursuing any other available legal or equitable remedy, including the commencement of litigation.

## Paragraph Headings

All paragraph headings set forth in this Agreement are for purposes of identification and convenience only, and shall not control or affect the meaning, construction, or effect of this Agreement.

## Counterpart Execution

This Agreement may be executed in multiple counterparts, each of which shall be fully effective as an original, and which together shall constitute one instrument. A photocopy, facsimile, or electronic signature on this Agreement shall have the same force and effect as an original signature.

## Execution

The Parties have executed this Agreement to be effective on the latest date written below.

*Joseph Horevay*

Favor of God Ministries, Inc.
By Joseph Horevay, Sole Director

07/31/2017
Date

*Carole Ward*

Favour of God Ministries (Uganda).
By Carole Ward, Director/Founder

08/01/2017
Date

Crafted by WilkersonLegal

Doc ID: a9a0521a6fc3baa1cdcb749daef06b2b92681557

# Favor of God Ministries, Inc.

# Exhibit A

## FOG US Assets

Website, website content, and website names (urls): _____ $1,045.38
(average of 8 website valuations)

Social media profiles: _____ $1,132.15
(including, without limitation, Twitter (average from 3 valuations:
$33.89), Facebook (only 1 valuation could be found: $299.91),
YouTube (only 1 valuation could be found: $89.00))

Phone number and mailing address: _____ $150.00
(actual value is significantly less since the phone number and
mailing address has been changed in the past will little disruption,
but $150.00 is used here to ensure an arm's-length transaction)

Samsung Notebook used by bookkeeper: _____ $292.17
(Current price for this model (NP110S1K-K01US, refurbished) is
$292.17)

Miscellaneous Office Supplies:_____ $350.00

Miscellaneous Electronic Equipment: _____ $300.00
(Including, without limitation, 4 used hard drives and a webcam)

Database:_____ $1,250.00
(Average of 7 valuations was $580.16, but $1,250.00 is used here to
ensure an arm's-length transaction)

Intellectual property:_____ $150.00
(actual value is $0.00 since FOG Uganda has superior claims to any
marks, but $150.00 is used here to ensure an arm's-length
transaction)

All other FOG US assets other than cash, if any: _____ $330.30

**Total** _____**$5,000.00**

Doc ID: a9a0521a6fc3baa1cdcb749daef06b2b92681557

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Asset Sales Agreement |
| **FILE NAME** | Uganda - US Sales Agreement (ver 2).pdf |
| **DOCUMENT ID** | a9a0521a6fc3baa1cdcb749daef06b2b92681557 |
| **STATUS** | ● Completed |

## Document History

**SENT**
**07/31/2017**
19:22:06 UTC
Sent for signature to Joseph Horevay (horevay1@gmail.com) and Carole Ward (carole@favorofgod.org)
IP: 172.58.143.74

**VIEWED**
**07/31/2017**
19:27:33 UTC
Viewed by Joseph Horevay (horevay1@gmail.com)
IP: 184.56.163.110

**SIGNED**
**07/31/2017**
19:27:57 UTC
Signed by Joseph Horevay (horevay1@gmail.com)
IP: 184.56.163.110

**VIEWED**
**08/01/2017**
05:34:29 UTC
Viewed by Carole Ward (carole@favorofgod.org)
IP: 197.157.0.17

**SIGNED**
**08/01/2017**
17:58:45 UTC
Signed by Carole Ward (carole@favorofgod.org)
IP: 41.210.143.189

**COMPLETED**
**08/01/2017**
17:58:45 UTC
The document has been completed.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **Favor of God Ministries, Inc.**       Case No. _____
                       Debtor(s)      Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **3,135.00** |
   | Prior to the filing of this statement I have received | $ | **0.00** |
   | Balance Due | $ | **3,135.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):      **Check has been made for full amount but not yet deposited.**

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; meeting of creditors. In addition to portion of fee paid as stated herein, the court's filing fee and a credit report fee for each party has been paid by client(s).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, 2004 exams or any other adversary or contested matter/proceeding. In Chapter 13 Bankruptcy Cases, attorney time, legal assistant time, and expenses will be billed against the file at the rate of $275.00 per hour for attorney time, $65.00 per hour for legal assistant time (or the firm's current billing rates), and actual expenses. If such time and expenses exceed the amount stated above, an application to the Court may be made for additional fees and expenses to be paid through the Chapter 13 Plan or by the Debtor(s) as the Court orders may provide.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 17, 2017**          **/s/ Ron D. Brown OBA**
_Date_                          **Ron D. Brown OBA 16352**
                              _Signature of Attorney_
                              **Brown Law Firm PC**
                              **715 S. Elgin Ave.**
                              **Tulsa, OK 74120**
                              **918-585-9500  Fax: 866-552-4874**
                              **ron@ronbrownlaw.com**
                              _Name of law firm_

Revised 02/2012

# United States Bankruptcy Court
## Northern District of Oklahoma

In re **Favor of God Ministries, Inc.**

Case No. _____

Debtor(s)

Chapter **7**

## <u>VERIFICATION AS TO OFFICIAL CREDITOR LIST</u>

■   Original

☐   Amendment

☐   Add      ☐   Delete

      I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

      I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

      **If this filing is an amendment to the creditor list, indicate <u>only</u> the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

    **6**   # of Creditors (or if amended, # of creditors added)

Method of submission:

    a) ___**X**___ uploaded to Electronic Case Filing System; or

    b) _____Creditor List Submission application (to be used by Pro Se filers, found on the Court's website at www.oknb.uscourts.gov, or available in the Clerk's Office)

_____# of Creditors (on attached list) to be deleted

---

*/s/ Joseph Horevay*

Debtor Signature

Address:(if not represented by an attorney)

---

Phone:(if not represented by an attorney)

---

*/s/ Ron D. Brown OBA*

Attorney Signature

**Ron D. Brown OBA 16352**

**Brown Law Firm PC**

**715 S. Elgin Ave.**

**Tulsa, OK 74120-0000**

**918-585-9500**

**866-552-4800**

**ron@ronbrownlaw.com**

---

Joint Debtor Signature

Address:(if not represented by an attorney)

---

Phone:(if not represented by an attorney)

Date: **December 17, 2017**

*[Check if applicable]*

___ Creditors with foreign addresses included

Carole Ward
1767 Lakewood Ranch Boulevard Number 223
Bradenton, FL 34211

Daryl Anderson
3580 West 54th Street
Cleveland, OH 44102

Favour Africa, Inc.
1767 Lakewood Ranch Blvd 223
Bradenton, FL 34211-4906

Hawk Island Leasing, LLC
c/o Norton, Hammersley, Lopez & Skokos
1819 Main Street, Suite 610
Sarasota, FL 34236

Joseph Horevay
1969 East 123rd St Unit 4
Cleveland, OH 44106

Tossie Wiley, Jr.
231 Crescent Ridge Drive
Independence, OH 44131

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Favor of God Ministries, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Favor of God Ministries, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 17, 2017**

Date

**/s/ Ron D. Brown OBA**

**Ron D. Brown OBA 16352**

Signature of Attorney or Litigant

Counsel for   **Favor of God Ministries, Inc.**

**Brown Law Firm PC**

**715 S. Elgin Ave.**
**Tulsa, OK 74120**
**918-585-9500 Fax:866-552-4874**
**ron@ronbrownlaw.com**

FORM 7007.1-1 (10/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **Favor of God Ministries, Inc.**             Case No. _____

                           Debtor(s)         Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),.

**Favor of God Ministries, Inc.** _____ , a

[Name of Corporate Party]

(check one):

- [x] Corporate Debtor
- [ ] Party to an adversary proceeding
- [ ] Party to a contested matter
- [ ] Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____

_____

_____

_____

**OR**

- [x] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated <u>**December  3, 2017**</u>

                         **/s/ Ron D. Brown OBA** _____
                         **Ron D. Brown OBA 16352**
                         **Brown Law Firm PC**
                         **715 S. Elgin Ave.**
                         **Tulsa, OK 74120-0000**
                         **918-585-9500**
                         **866-552-4874**
                         **ron@ronbrownlaw.com**
                         Attorney for     **Favor of God Ministries, Inc.** _____