# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-12472-M
**Case Name:** FAVOR OF GOD MINISTRIES, INC.
**Period Ending:** 04/23/18

**Trustee:** (560050)   KAREN CARDEN WALSH
**Filed (f) or Converted (c):** 12/19/17 (f)
**§341(a) Meeting Date:** 01/16/18
**Claims Bar Date:** 06/06/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Chase Business Checking Acco | 6.23 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Bank of America Checking- ac | 0.94 | 0.00 | | 0.00 | FA |
| 3 | Transfers to Favour of God Miistries Listed in Statement of Financial Affairs, No. 4, 9 and 13 (4 and 9 show unknown amounts, 13 shows amount of $5,000). | Unknown | Unknown | | 0.00 | Unknown |
| 3 | **Assets Totals** (Excluding unknown values) | **$7.17** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**
Pursuing recovery of transfers.

**Initial Projected Date Of Final Report (TFR):** March 31, 2019     **Current Projected Date Of Final Report (TFR):** March 31, 2019